UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| v. § | No. A-22-CR-00010-RP |
| § | |
| (4) JACOREY WASHINGTON, § § | |
| *Defendant* | |

ORDER

Before the Court is Defendant's Motion to Withdraw As Counsel, Dkt. 102. The Motion states that within one minute of a scheduled client meeting with Defendant, Defendant advised counsel that he wants him removed from the case. Based on that representation, and counsel's representations at the hearing set on the Motion, the Court will permit the withdrawal of Mr. David Gonzalez and appoint new counsel. At the hearing, the undersigned admonished Defendant that future requests for new appointed counsel will not be well taken. Under the circumstances, however, the Court will permit Defendant's Mr. Gonzalez to withdraw and will appoint new counsel to take his place.

IT IS THEREFORE ORDERED that the Motion, Dkt. 102, is GRANTED. Mr. Gonzalez is permitted to WITHDRAW as counsel for Defendant, and Mark Sampson, 605 West Oltorf Street, Austin, TX 78704, (512) 320-8363, is appointed to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Gonzalez meet with Mr. Sampson at the earliest opportunity to give Mr. Sampson a

2

copy of the file and bring him up to date with regard to the representation of Defendant. Thereafter, Mr. Gonzalez has no further responsibilities in this case.

SIGNED June 27, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE