UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| § | |
| v. § | No. A-22-CR-00010-RP |
| § | |
| (4) JACOREY WASHINGTON, § | |
| *Defendant* § | |

ORDER

Before the Court is Defendant Jacorey Washington's Motion to Allow Withdrawal of Counsel, Dkt. 107. The Motion states that Mark A. Sampson (who the Court appointed yesterday to represent Defendant) consulted with Co-Defendant Christopher Aldridge regarding the case at bar prior to arrest, creating an inherent conflict with and against the interests of Defendant and thus precludes counsel's continued representation of Defendant. Based on that representation, the Court will permit the withdrawal of Mr. Sampson and appoint new counsel.

IT IS THEREFORE ORDERED that the Motion, Dkt. 107, is GRANTED. Mr. Sampson is permitted to WITHDRAW as counsel for Defendant, and Jana Ortega, 9404 B Solana Vista Loop, Austin, TX 78750, 512-469-9900, is appointed to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Sampson meet with Ms. Ortega at the earliest opportunity to give Ms. Ortega a copy of the file and bring her up to date with regard to the representation of Defendant. Thereafter, Mr. Sampson has no further responsibilities in this case.

SIGNED June 28, 2022.

                                      DUSTIN M. HOWELL
                                      UNITED STATES MAGISTRATGE JUDGE