IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACOREY WASHINGTON, | § § | |
| Petitioner, | § § | |
| v. | § § | 1:24-CV-311-RP |
| UNITED STATES OF AMERICA, | § § | [1:22-CR-10-RP] |
| Respondent. | § § § | |

**ORDER**

Before the Court is Petitioner Jacorey Washington's ("Washington") Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (Dkt. 194). Washington filed his motion on March 18, 2024. (*Id.*). The case was referred to United States Magistrate Judge Dustin Howell for findings and recommendations, pursuant to 28 U.S.C. § 636(b). Judge Howell filed his report and recommendation on October 2, 2024. (Dkt. 199). In his report and recommendation, Judge Howell recommends that the Court deny Washington's motion. (*Id.*). As of the date of this order, Washington has not filed any objections to the report and recommendation.

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and

1

finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, **IT IS ORDERED** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 199), is **ADOPTED**. Washington's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence, (Dkt. 194), is **DENIED.**

It is **FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**SIGNED** on November 20, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE